JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

HE YAN,

               Petitioner,

               v.

D. MARIN, Warden-Facility Administrator[,] Adelanto Ice Processing Center, et al.,

               Respondents.

Case No. 5:26-cv-00807-SVW (DTB)

**J U D G M E N T**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: June 15, 2026

_____
STEPHEN V. WILSON
United States District Judge

1